## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE DETAINED WITNESSES ARSYAD BACO, MUHAMMAD CHELLY, SUARDI DARU AND KASIM KARIA | Civil Action No. 08-5249 (PGS)<br><br>**ORDER** |

This matter having come before the Court on the application of Greenberg Dauber Epstein & Tucker, A Professional Corporation, attorneys for petitioners Arsyad Baco, Muhammad Chelly, Suardi Daru and Kasim Karia, on notice to counsel for the United States of America, Dalnave Navigation, Inc., and Naldvin Shipping Co., Ltd., and counsel for all other detained crew members of the M/V Myron N for an order compelling the immediate release of each of the Petitioners Arsyad Baco, Muhammad Chelly, Suardi Daru and Kasim Karia and compelling the United States Government to return petitioners' passports and other such documents necessary for each of them to travel; and the Court having considered the papers in support thereof; and for good cause shown;

IT IS on this 27th day of October, 2008

ORDERED that on Monday, November 3, 2008 at 2:00 p.m., Defendants United States of America, Dalnave Navigation, Inc. and Naldvin Shipping Co., Ltd show cause why plaintiffs should not be released and their travel documents returned; and it is further

ORDERED that attorney for plaintiffs immediately personally serve this Order upon defendants' counsel as well as any other interested party.

*[signature]*
PETER G. SHERIDAN, U.S.D.J.

October 27, 2008